UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>        Plaintiff,<br><br>        v.<br><br>B. OGLETREE, et al.,,<br><br>        Defendants. | Case No.: 1:20-cv-01553-NONE-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On October 26, 2021, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: __October 26, 2021__

                                            UNITED STATES MAGISTRATE JUDGE

1